# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON HUTCHINS, JR., | Case No. 1:15-cv-01537-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR SERVICE AS PREMATURE |
| v. | (Doc. 8) |
| BILL LOCKYER, et al., | |
| Defendants. | |

Plaintiff Clifton Hutchins, Jr., a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 28, 2015. On October 30, 2015, Plaintiff filed a motion seeking an order directing the United States Marshal to serve his complaint.

Plaintiff is entitled to rely on the Marshal for service, 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3), but his complaint will not be served until it has been screened and determined to state cognizable claims for relief, 28 U.S.C. § 1915A.  (Doc. 5, 1st Info. Order, § III.)  Based on the foregoing, Plaintiff's motion is HEREBY DENIED as premature.

IT IS SO ORDERED.

Dated:  **November 30, 2015**          **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE

Case 1:15-cv-01537-MJS Document 10 Filed 11/30/15 Page 2 of 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2