UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON HUTCHINS, JR., | No. 1:15-cv-01537-DAD-MJS (PC) |
| Plaintiff, | <u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY DEFENDANT'S MOTION TO DISMISS</u> |
| v. | |
| BILLY LOCKYER, et al., | (Doc. No. 34) |
| Defendants. | DEFENDANT TO FILE ANSWER WITHIN TWENTY-ONE DAYS |

Plaintiff is a prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 22, 2017, the assigned magistrate judge issued findings and recommendations recommending that defendant Johal's motion to dismiss be denied. (Doc. No. 34.) The parties were given fourteen days to file objections to those findings and recommendations. More than fourteen days have elapsed and no objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the court has conducted a de novo review of this case. The court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations filed on August 22, 2017 (Doc. No. 34) are adopted in full; and
2. Defendant Johal is directed to file an answer to plaintiff's complaint within twenty-one days of this order.

IT IS SO ORDERED.

Dated: **November 27, 2017**

UNITED STATES DISTRICT JUDGE