| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON HUTCHINS, JR., | Case No. 1:15-cv-01537-DAD-JDP |
| Plaintiff, | ORDER SETTING TELEPHONIC STATUS CONFERENCE |
| v. | |
| BILL LOCKYER, *et al.*, | |
| Defendants. | |

This matter is set for a telephonic status conference on June 24, 2019, at 2:00 p.m. before Magistrate Judge Jeremy D. Peterson (dial-in number: 1-888-204-5984; passcode: 4446176). The parties should be prepared to discuss the status of the case and whether a settlement conference conducted by a magistrate judge could assist with resolution of the case. Plaintiff shall make arrangements with staff at his institution of confinement for his attendance at the hearing. Plaintiff's institution of confinement shall make plaintiff available for the hearing at the date and time indicated above. Prior to the hearing, defense counsel shall confirm with plaintiff's institution of confinement that arrangements have been made for plaintiff's attendance. The clerk is directed to send a copy of this order to the litigation coordinator at plaintiff's institution of confinement.

IT IS SO ORDERED.

Dated: June 7, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 204