# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON HUTCHINS, JR., <br><br> Plaintiff, <br><br> v. <br><br> BILL LOCKYER, *et al.*, <br><br> Defendants. | Case No. 1:15-cv-01537-DAD-JDP <br><br> ORDER MODIFYING DISCOVERY AND SCHEDULING ORDER <br><br> ECF No. 40 |

We conducted a telephonic status conference on June 24, 2019. This case has been pending before the court for almost four years and the parties have yet to complete discovery, in part because discovery was stayed pending a dispositive motion that has now been decided. Accordingly, we modify the dates in our December 27, 2017, Order (ECF No. 40) as follows:

The deadline for completion of all discovery, including filing all motions to compel discovery, is **November 25, 2019**.

The deadline for filing all dispositive motions is **December 23, 2019**.

IT IS SO ORDERED.

Dated: June 24, 2019

UNITED STATES MAGISTRATE JUDGE

No. 204