UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON HUTCHINS, JR., | Case No. 1:15-cv-01537-DAD-JDP |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME |
| v. | ECF No. 60 |
| BILL LOCKYER, *et al.*, | |
| Defendants. | |

Plaintiff moves for an extension of time to respond to defendants' motion for summary judgment. For good cause shown, plaintiff's motion is granted. ECF No. 43. Plaintiff shall have thirty days from the date of entry of this order to file his opposition to defendants' motion.

IT IS SO ORDERED.

Dated:  January 25, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 204.