1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CLIFTON HUTCHINS, JR.,                    Case No.  1:15-cv-01537-DAD-HBK

12                   Plaintiff,                 ORDER GRANTING PLAINTIFF'S MOTION
                                                FOR STATUS UPDATE
13          v.
                                                (Doc. No. 70)
14    BILL LOCKYER, *et al*.,

15                   Defendants.

16

17          This matter, which was reassigned to the undersigned on November 17, 2020, comes

18    before the Court for initial review.  (Doc. No. 69).  Plaintiff Clifton Hutchins, Jr., a state prisoner,

19    initiated this action on September 11, 2015 by filing a *pro se* civil rights complaint under 42

20    U.S.C. § 1983.  (Doc. No. 1).  Before the Court is Plaintiff's "notice and motion for ruling,"

21    which the Court construes as a motion for status update.  (Doc. No. 70).  Plaintiff requests a

22    ruling on Defendants' December 23, 2019 merits-based motion for summary judgment.  (*Id*.).

23          The Court has undertaken a review of the docket in this matter and notes that a stay was

24    placed on this case on April 10, 2018, pending the Court's ruling on Defendants' exhaustion-

25    based motion for summary judgment.  (Doc. No. 49).  The stay was not lifted, as should have

26    been done, after the Court ruled on Defendants' exhaustion-based motion for summary judgment.

27    (Doc. No. 55).  For this reason, the pending merits-based motion for summary judgment did not

28    come to the attention of the Court until recently.

1         The Court further notes Defendants' merit-based motion for summary judgment is fully

2   briefed and ripe for review.  (*See* Docs. Nos. 59, 67, 68).  Although the Court is not in the

3   practice of providing status updates to litigants, the Court informs Plaintiff that it has taken this

4   matter under review and will issue findings and recommendations as expeditiously as possible,

5   considering the Court's current caseload.

6         Accordingly, it is **ORDERED**:

7       1.    Plaintiff's motion for status update is GRANTED to the extent set forth herein.

8   (Doc. No. 70).

9       2.    The Clerk of Court shall lift the Stay in this case.

10

11  Dated:   __August 23, 2021__

12                   HELENA M. BARCH-KUCHTA
                  UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28